# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
ACTION CARTAGE, INC.                      §      Case No. 12-18132
                                          §
                    Debtor(s)             §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Peter N. Metrou, Trustee_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-18132   BWB   Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ACTION CARTAGE, INC. | Date Filed (f) or Converted (c): | 05/02/12 (f) |
| | | 341(a) Meeting Date: | 05/31/12 |
| For Period Ending: | 04/01/14 | Claims Bar Date: | 09/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Security Deposits | 0.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable | 304,451.82 | 0.00 | | 0.00 | FA |
| 3. Machinery and Supplies | 12,000.00 | 0.00 | | 0.00 | FA |
| 4. Machinery and Supplies | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. Machinery and Supplies | 7,500.00 | 0.00 | | 0.00 | FA |
| 6. Machinery and Supplies | 9,000.00 | 0.00 | | 0.00 | FA |
| 7. Machinery and Supplies | 4,500.00 | 0.00 | | 0.00 | FA |
| 8. Machinery and Supplies | 9,000.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES | 0.00 | 10,072.75 | | 10,072.75 | FA |
| Sale of Truck to Northern Illinois Mack, Inc. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $366,451.82 | $10,072.75 | | $10,072.75 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of truck-Per former trustee- Revised TFR to be submitted for review by UST.

Initial Projected Date of Final Report (TFR): 01/31/13     Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-18132 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ACTION CARTAGE, INC. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4861  Checking Account |
| Taxpayer ID No: | *******0066 | | |
| For Period Ending: | 04/01/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,397.77 | | 8,397.77 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,397.77 | 0.00 | 8,397.77 |
| Less: Bank Transfers/CD's | 8,397.77 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    8,397.77    0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 12-18132 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ACTION CARTAGE, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7219 Checking Account |
| Taxpayer ID No: | *******0066 | | |
| For Period Ending: | 04/01/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/12 | | Northern Illinois Mack, Inc.<br>Bill Echols<br>3491 E 2153 Rd<br>Ottawa, IL 61350 | | 1121-000 | 10,072.75 | | 10,072.75 |
| 01/10/13 | 001001 | Peter Metrou, Bankruptcy Trustee<br>of the Estate of Action Cartage Inc.<br>123 West Washington Street, Suite 216<br>Oswego, IL 60543 | Trustee reassignment transfer | 9999-000 | | 10,072.75 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 10,072.75 | 10,072.75 | 0.00
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 10,072.75 | 10,072.75 |
| Less: Payments to Debtors | | 0.00 |
| Net | 10,072.75 | 10,072.75 |

Page Subtotals  10,072.75  10,072.75

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 12-18132 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ACTION CARTAGE, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9835  Checking Account |
| Taxpayer ID No: | *******0066 | | | |
| For Period Ending: | 04/01/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/13 | | Bradley J. Waller, Trustee | | 9999-000 | 10,072.75 | | 10,072.75 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM BOND#016026455 | 2300-000 | | 9.86 | 10,062.89 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 3/13 | 2600-000 | | 10.68 | 10,052.21 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 4/13 | 2600-000 | | 10.33 | 10,041.88 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 5/13 | 2600-000 | | 10.66 | 10,031.22 |
| 07/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 6/13 | 2600-000 | | 10.31 | 10,020.91 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | 10.64 | 10,010.27 |
| 10/01/13 | 001002 | Lee G. Schwendner DiGiovine Hnilo Jordan & Johnson Ltd 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | Accountant Fees | 3410-000 | | 1,612.50 | 8,397.77 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 8,397.77 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 10,072.75 | 10,072.75 | 0.00 |
| Less: Bank Transfers/CD's | | 10,072.75 | 8,397.77 | |
| Subtotal | | 0.00 | 1,674.98 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 1,674.98 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4861 | 0.00 | 0.00 | 8,397.77 |
| Checking Account - ********7219 | 10,072.75 | 10,072.75 | 0.00 |
| Checking Account - ********9835 | 0.00 | 1,674.98 | 0.00 |
| | 10,072.75 | 11,747.73 | 8,397.77 |

Page Subtotals     10,072.75     10,072.75

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 12-18132 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | ACTION CARTAGE, INC. | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******9835  Checking Account |
| Taxpayer ID No: | *******0066 |  |  |
| For Period Ending: | 04/01/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |  | Page Subtotals | 0.00 | 0.00 |  |

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 01, 2014 |

Case Number: 12-18132  
Debtor Name: ACTION CARTAGE, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Lee G. Schwendner<br>DiGiovine Hnilo Jordan & Johnson Ltd<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL 60174 | Administrative | | $1,612.50 | $1,612.50 | $0.00 |
| 999<br>2990-00 | BRADLEY J WALLER<br>85 TIGERT LANE<br>DEKALB, IL 60115 | Administrative | | $900.00 | $0.00 | $900.00 |
| 000001A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $1,276.85 | $0.00 | $1,276.85 |
| 000002A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $2,246.78 | $0.00 | $2,246.78 |
| 000003B<br>040<br>4300-07 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $11,788.57 | $0.00 | $11,788.57 |
| 000004A<br>040<br>5400-00 | Central States, Se. & Sw. Areas Health & Welfare F<br>9377 West Higgins Road<br>Rosemont, Illinois 60018 | Priority | | $24,829.53 | $0.00 | $24,829.53 |
| 000005A<br>040<br>5400-00 | Central States, Se. & Sw. Areas Pension Fund<br>9377 West Higgins Road<br>Rosemont, Illinois 60018 | Priority | | $13,135.86 | $0.00 | $13,135.86 |
| 000001B<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $69.99 | $0.00 | $69.99 |
| 000002B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $467.87 | $0.00 | $467.87 |
| 000003C<br>070<br>7100-00 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $218.85 | $0.00 | $218.85 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 01, 2014 |

Case Number:  12-18132  
Debtor Name:  ACTION CARTAGE, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004B 070 7100-00 | Central States, Se. & Sw. Areas Health & Welfare F 9377 West Higgins Road Rosemont, Illinois 60018 | Unsecured | | $14,175.53 | $0.00 | $14,175.53 |
| 000005B 070 7100-00 | Central States, Se. & Sw. Areas Pension Fund 9377 West Higgins Road Rosemont, Illinois 60018 | Unsecured | | $8,606.86 | $0.00 | $8,606.86 |
| 000006 070 7100-00 | Central States, Se. & Sw. Areas Pension Fund 9377 West Higgins Road Rosemont, Illinois 60018 | Unsecured | | $400,522.63 | $0.00 | $400,522.63 |
| 000003A 030 4300-00 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | Secured | | $4,270.70 | $0.00 | $4,270.70 |
| 000007 050 4110-00 | First Midwest Bank c/o Erik Chalut Loeb & Loeb LLP 321 N. Clark Street #2300 Chicago, IL 60654 | Secured | | $236,287.40 | $0.00 | $236,287.40 |
| | Case Totals: | | | $720,409.92 | $1,612.50 | $718,797.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-18132
Case Name: ACTION CARTAGE, INC.
Trustee Name: Peter N. Metrou, Trustee

Balance on hand                                                           $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors                              $_____

Remaining Balance                                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Trustee Expenses: Peter N. Metrou, Trustee | $ | $ | $ |
| Accountant for Trustee Fees: Lee G. Schwendner | $ | $ | $ |
| Other: BRADLEY J WALLER | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security | $ | $ | $ |
| 000002A | Illinois Department of Revenue | $ | $ | $ |
| 000003B | Internal Revenue Service | $ | $ | $ |
| 000004A | Central States, Se. & Sw. Areas Health & Welfare F | $ | $ | $ |
| 000005A | Central States, Se. & Sw. Areas Pension Fund | $ | $ | $ |

Total to be paid to priority creditors         $_____

Remaining Balance                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Central States, Se. & Sw. Areas Pension Fund | $ | $ | $ |
| 000001B | Illinois Department of Employment Security | $ | $ | $ |
| 000002B | Illinois Department of Revenue | $ | $ | $ |
| 000003C | Internal Revenue Service | $ | $ | $ |
| 000004B | Central States, Se. & Sw. Areas Health & Welfare F | $ | $ | $ |
| 000005B | Central States, Se. & Sw. Areas Pension Fund | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Case 12-18132    Doc 52    Filed 04/15/14    Entered 04/15/14 13:57:39    Desc Main
Document    Page 13 of 13