# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
ACTION CARTAGE, INC. § Case No. 12-18132
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/23/2014 in Courtroom ,
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/15/2014         By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
ACTION CARTAGE, INC.  §   Case No. 12-18132
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,072.75 |
| and approved disbursements of | $ | 1,674.98 |
| leaving a balance on hand of[1] | $ | 8,397.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 4,270.70 | $ 4,270.70 | $ 0.00 | $ 4,270.70 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 4,270.70 |
| Remaining Balance | $ 4,127.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 857.28 | $ 0.00 | $ 857.28 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 14.35 | $ 0.00 | $ 14.35 |
| Accountant for Trustee Fees: Lee G. Schwendner | $ 1,612.50 | $ 1,612.50 | $ 0.00 |
| Other: BRADLEY J WALLER | $ 900.00 | $ 0.00 | $ 900.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,771.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

    Remaining Balance      $     2,355.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 53,277.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security | $ 1,276.85 | $ 0.00 | $ 56.45 |
| 000002A | Illinois Department of Revenue | $ 2,246.78 | $ 0.00 | $ 99.33 |
| 000003B | Internal Revenue Service | $ 11,788.57 | $ 0.00 | $ 521.18 |
| 000004A | Central States, Se. & Sw. Areas Health & Welfare F | $ 24,829.53 | $ 0.00 | $ 1,097.73 |
| 000005A | Central States, Se. & Sw. Areas Pension Fund | $ 13,135.86 | $ 0.00 | $ 580.75 |

    Total to be paid to priority creditors      $     2,355.44

    Remaining Balance      $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 424,061.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Central States, Se. & Sw. Areas Pension Fund | $ 400,522.63 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment Security | $ 69.99 | $ 0.00 | $ 0.00 |
| 000002B | Illinois Department of Revenue | $ 467.87 | $ 0.00 | $ 0.00 |
| 000003C | Internal Revenue Service | $ 218.85 | $ 0.00 | $ 0.00 |
| 000004B | Central States, Se. & Sw. Areas Health & Welfare F | $ 14,175.53 | $ 0.00 | $ 0.00 |
| 000005B | Central States, Se. & Sw. Areas Pension Fund | $ 8,606.86 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                              Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-18132-BWB
Action Cartage, Inc.                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: mmyers             Page 1 of 2           Date Rcvd: Apr 16, 2014
                            Form ID: pdf006          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2014.
db           +Action Cartage, Inc.,    3255 East 12th Road,    Ottawa, IL 61350-9754
20018829     +Cent. States, Se. & Sw. Areas Health & Welfare & P,    Law Department,    9377 W. Higgins Rd.,
               Rosemont, IL 60018-4973
18882480      Central States Law Dept.,    c/o Rebecca K. McMahon, Esq.,    9377 West Higgins Road,
               Rosemont, IL 60018-4938
18861496     +Central States Pension Fund, et al.,    c/o Howard McDougall, Trustee,    Dept. 10291,
               Palatine, IL 60055-0001
19172557     +Central States, Se. & Sw. Areas Health & Welfare F,    9377 West Higgins Road,
               Rosemont, Illinois 60018-4973
19172655     +Central States, Se. & Sw. Areas Pension Fund,    9377 West Higgins Road,
               Rosemont, Illinois 60018-4938
18927948     +Echols and Associates, PC,    817 Illinois Avenue,    Mendota, IL 61342-1639
19399973     +First Midwest Bank,    c/o Erik Chalut,    Loeb & Loeb LLP,    321 N. Clark Street #2300,
               Chicago, IL 60654-4746
18861500    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,    Bankuptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60601)
18917363     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
19032434      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18861501     +Illinois Dept. Employment Security,    33 S. State St.,    Chicago, IL 60603-2808
18861503     +Sure Thing Trucking, Inc.,    P. O. Box 31,    Wedron, IL 60557-0031
18861504    #+William Echols, Jr.,    3255 East 12th Road,    Ottawa, IL 61350-9754
18861505      Zenith Administrators,    Midwest Teamsters Training Fund,    P. O. Box 1015,
               Minneapolis, MN 55440-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18861497     +E-mail/Text: fmb.bankruptcy@firstmidwest.com Apr 17 2014 01:30:09     First Midwest Bank,
               P. O. Box 9003,    Gurnee, IL 60031-9003
18861499     +E-mail/Text: bankruptcy@firststatebank.biz Apr 17 2014 01:28:20     First State Bank,
               1212 LaSalle Street,    Ottawa, IL 61350-2023
18861502      E-mail/Text: cio.bncmail@irs.gov Apr 17 2014 01:28:37     Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lee Schwendner
18861498*     +First Midwest Bank,    P. O. Box 9003,    Gurnee, IL 60031-9003
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2014 at the address(es) listed below:
              Charles H Lee    on behalf of Creditor   Central States, Southeast and Southwest Areas Pension and
               Health and Welfare Funds chlee@centralstates.org
              David E Grochocinski    on behalf of Debtor   Action Cartage, Inc. lawyers@innovalaw.com,
               lawyers@innovalaw.com
```

```
District/off: 0752-1          User: mmyers              Page 2 of 2                  Date Rcvd: Apr 16, 2014
                              Form ID: pdf006           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Erik W. Chalut    on behalf of Creditor    First Midwest Bank echalut@loeb.com, mjawor@loeb.com;chdocket@loeb.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
         Peter N Metrou    met.trustee7@att.net,    met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com
         Rebecca K McMahon    on behalf of Creditor    Central States, Southeast and Southwest Areas Pension and Health and Welfare Funds rmcmahon@centralstatesfunds.org
         Theresa L Davis    on behalf of Creditor    First Midwest Bank tdavis@loeb.com, mjawor@reedsmith.com

         TOTAL: 8