UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ACTION CARTAGE, INC. § Case No. 12-18132
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First Midwest Bank P. O. Box 9003 Gurnee, IL 60031 |  |  |  |  |  |
|  | First Midwest Bank P. O. Box 9003 Gurnee, IL 60031 |  |  |  |  |  |
|  | First State Bank 1212 LaSalle Street Ottawa, IL 61350 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | FIRST MIDWEST BANK | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| WALLER, BRADLEY J | | | | | |
| LEE G. SCHWENDNER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankuptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | | | | |
| | Illinois Dept. Employment Security 33 S. State St. Chicago, IL 60603 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| 000004A | CENTRAL STATES, SE. & SW. AREAS HEA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | CENTRAL STATES, SE. & SW. AREAS PEN | | | | | |
| 000001A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sure Thing Trucking, Inc. P. O. Box 31 Wedron, IL 60557 | | | | | |
| | William Echols, Jr. 3255 East 12th Road Ottawa, IL 61350 | | | | | |
| | Zenith Administrators Midwest Teamsters Training Fund P. O. Box 1015 Minneapolis, MN 55440-1015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | CENTRAL STATES, SE. & SW. AREAS HEA | | | | | |
| 000006 | CENTRAL STATES, SE. & SW. AREAS PEN | | | | | |
| 000005B | CENTRAL STATES, SE. & SW. AREAS PEN | | | | | |
| 000001B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000002B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003C | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-18132 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ACTION CARTAGE, INC. | | | | Date Filed (f) or Converted (c): | 05/02/12 (f) |
| | | | | | 341(a) Meeting Date: | 05/31/12 |
| For Period Ending: | 07/22/14 | | | | Claims Bar Date: | 09/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Security Deposits | 0.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable | 304,451.82 | 0.00 | | 0.00 | FA |
| 3. Machinery and Supplies | 12,000.00 | 0.00 | | 0.00 | FA |
| 4. Machinery and Supplies | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. Machinery and Supplies | 7,500.00 | 0.00 | | 0.00 | FA |
| 6. Machinery and Supplies | 9,000.00 | 0.00 | | 0.00 | FA |
| 7. Machinery and Supplies | 4,500.00 | 0.00 | | 0.00 | FA |
| 8. Machinery and Supplies | 9,000.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES | 0.00 | 10,072.75 | | 10,072.75 | FA |
| Sale of Truck to Northern Illinois Mack, Inc. | | | | | |
| TOTALS (Excluding Unknown Values) | $366,451.82 | $10,072.75 | | $10,072.75 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed w/UST 4-5-14; hearing 5-23-14

Sale of truck-Per former trustee-TFR withdrawn - claim obj to be filed and TFR re-submitted

TFR to PNM 10-22-13; to UST 10-29-13 - email to UST re status and division of fees w/ Waller; Revised TFR to be submitted for review by UST.

Initial Projected Date of Final Report (TFR): 01/31/13      Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-18132 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ACTION CARTAGE, INC. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4861 Checking Account |
| Taxpayer ID No: | *******0066 | | |
| For Period Ending: | 07/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,397.77 | | 8,397.77 |
| 05/29/14 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 871.63 | 7,526.14 |
| | | | Fees 857.28 | 2100-000 | | | |
| | | | Expenses 14.35 | 2200-000 | | | |
| 05/29/14 | 005002 | BRADLEY J WALLER<br>85 TIGERT LANE<br>DEKALB, IL 60115 | Prev Trustee Fee | 2990-000 | | 900.00 | 6,626.14 |
| 05/29/14 | 005003 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Claim 000001A, Payment 4.42104% | 5800-000 | | 56.45 | 6,569.69 |
| 05/29/14 | 005004 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000002A, Payment 4.42099% | 5800-000 | | 99.33 | 6,470.36 |
| 05/29/14 | 005005 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000003B, Payment 4.42106% | 5800-000 | | 521.18 | 5,949.18 |
| 05/29/14 | 005006 | Central States, Se. & Sw. Areas Health & Welfare F<br>9377 West Higgins Road<br>Rosemont, Illinois 60018 | Claim 000004A, Payment 4.42107% | 5400-000 | | 1,097.73 | 4,851.45 |
| 05/29/14 | 005007 | Central States, Se. & Sw. Areas Pension Fund<br>9377 West Higgins Road<br>Rosemont, Illinois 60018 | Claim 000005A, Payment 4.42110% | 5400-000 | | 580.75 | 4,270.70 |
| 05/29/14 | 005008 | Internal Revenue Service | Claim 000003A, Payment 100.00000% | 4300-000 | | 4,270.70 | 0.00 |
| | | | Page Subtotals | | 8,397.77 | 8,397.77 | |

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-18132 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ACTION CARTAGE, INC. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4861 Checking Account |
| Taxpayer ID No: | *******0066 | | |
| For Period Ending: | 07/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | 8,397.77 | 8,397.77 | 0.00 |
| | Less: Bank Transfers/CD's | 8,397.77 | 0.00 | |
| | Subtotal | 0.00 | 8,397.77 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 8,397.77 | |

Page Subtotals  0.00  0.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-18132 -BWB |
| Case Name: | ACTION CARTAGE, INC. |
| Taxpayer ID No: | *******0066 |
| For Period Ending: | 07/22/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7219  Checking Account |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/12 | | Northern Illinois Mack, Inc.<br>Bill Echols<br>3491 E 2153 Rd<br>Ottawa, IL  61350 | | 1121-000 | 10,072.75 | | 10,072.75 |
| 01/10/13 | 001001 | Peter Metrou, Bankruptcy Trustee<br>of the Estate of Action Cartage Inc.<br>123 West Washington Street, Suite 216<br>Oswego, IL  60543 | Trustee reassignment transfer | 9999-000 | | 10,072.75 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 10,072.75 | 10,072.75 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,072.75 | 10,072.75 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,072.75 | 10,072.75 | |

Page Subtotals    10,072.75    10,072.75

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-18132 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ACTION CARTAGE, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9835 Checking Account |
| Taxpayer ID No: | *******0066 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/13 | | Bradley J. Waller, Trustee | | 9999-000 | 10,072.75 | | 10,072.75 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM BOND#016026455 | 2300-000 | | 9.86 | 10,062.89 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 3/13 | 2600-000 | | 10.68 | 10,052.21 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 4/13 | 2600-000 | | 10.33 | 10,041.88 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 5/13 | 2600-000 | | 10.66 | 10,031.22 |
| 07/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 6/13 | 2600-000 | | 10.31 | 10,020.91 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | 10.64 | 10,010.27 |
| 10/01/13 | 001002 | Lee G. Schwendner DiGiovine Hnilo Jordan & Johnson Ltd 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | Accountant Fees | 3410-000 | | 1,612.50 | 8,397.77 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 8,397.77 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,072.75 | 10,072.75 | 0.00 |
| Less: Bank Transfers/CD's | 10,072.75 | 8,397.77 | |
| Subtotal | 0.00 | 1,674.98 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,674.98 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4861 | 0.00 | 8,397.77 | 0.00 |
| Checking Account - ********7219 | 10,072.75 | 10,072.75 | 0.00 |
| Checking Account - ********9835 | 0.00 | 1,674.98 | 0.00 |
| | 10,072.75 | 20,145.50 | 0.00 |

Page Subtotals  10,072.75  10,072.75

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 12-18132 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ACTION CARTAGE, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9835  Checking Account |
| Taxpayer ID No: | *******0066 | | |
| For Period Ending: | 07/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*